[No. 13189-7-II. Division Two. August 12, 1991.]

THE DEPARTMENT OF CORRECTIONS, *Appellant,* v. ROBERT ANDERSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 88-2-02317-1, Carol A. Fuller, J., entered

August 17, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.